**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul C. LORENZ, III, Defendant–**
**Appellant.**

No. 13–10832
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 6, 2013.

Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Peggy Morris Ronca, Nicole M. Andrejko, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

James Wesley Smith, III, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

James W. Smith III, appointed counsel for Paul Lorenz III in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lorenz's conviction and sentence are **AFFIRMED.**